JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF INGLEWOOD, and DOES 1-10, et al.,<br><br>　　　　Defendants. | Case No. 2:24-CV-10783-AB-AJR<br><br>**ORDER TO DISMISSING CASE** |

ORDER

Having reviewed the parties' Stipulation to Dismiss with prejudice and good cause appearing;

IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendants be dismissed, with prejudice, with each party to bear their own attorneys' fees, costs, and other expenses.

DATED: March 4, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE